# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY OROZCO,<br><br>            Petitioner,<br><br>     v.<br><br>MICHAEL STAINER, Warden,<br><br>            Respondent. | Case No. CV 10-0199 ODW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 17, 2011

_____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE